IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02253-WYD-MEH

JERAMIAH CHRISTOPHER RAPER and
ANGELA RAPER,

      Plaintiffs,

v.

J-M MANUFACTURING COMPANY, INC.,
PW EAGLE INC., d/b/a JM EAGLE, and
JOHN DOES 1-2, whose true names and identities are unknown,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 19, 2011.**

      Defendants' Unopposed Motion to Stay Case Management Deadlines [filed January 14, 2011; docket #24] is **granted**. Although a stay of all discovery and other deadlines is generally disfavored in this District, the Court believes a stay is appropriate here in light of its recommendation to the District Court that this matter be dismissed without prejudice for Plaintiffs' failure to prosecute [filed January 11, 2011; docket #23]. *See Chavez v. Young Am. Ins. Co.*, No. 06-2419, 2007 WL 683973, *2 (D. Colo. Mar. 2, 2007). Accordingly, discovery and the currently scheduled deadlines in this matter are hereby **stayed**. The parties are directed to file a status report indicating what changes to the schedule are needed within *five business days* of the District Court's ruling on the recommendation.