IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02253-WYD-MEH

JERAMIAH CHRISTOPHER RAPER and
ANGELA RAPER,

    Plaintiffs,

v.

J-M MANUFACTURING COMPANY, INC.,
PW EAGLE INC., d/b/a JM EAGLE, and
JOHN DOES 1-2, whose true names and identities are unknown,

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

    Before the Court is Defendants' Motion for Fees and Costs Incurred In Connection with Preparing for and Appearing at the January 7, 2011, Status and Settlement Conference [filed January 31, 2011; docket #30]. The motion is referred to this Court for disposition. The matter is fully briefed, and oral argument would not assist the Court in its adjudication. For the reasons stated below, the Court **GRANTS** Defendants' motion; however, the Court **stays** the payment of fees and costs by Plaintiffs until the conclusion of this lawsuit.

    Defendants filed this motion at the invitation of the Court, after both Plaintiffs failed to comply with this Court's explicit instruction to appear at the Status and Settlement Conference held January 7, 2011. In addition to inviting Defendants to file a motion to recover their fees and costs, the Court issued a recommendation to the District Court that this case be dismissed without prejudice for Plaintiffs' failure to prosecute. (Docket #23.) The District Court affirmed in part and

rejected in part the recommendation on March 21, 2011. (Docket #38.) The District Court declined to dismiss this matter without prejudice, but remanded the issue back to this Court for imposition of a different sanction.

After review of the parties' briefing on the motion for fees, the Court believes that the amount requested by Defendants is reasonable under the circumstances. Defendants appeared at the Status and Settlement Conference with prepared counsel and a client representative in person. The Court recognizes that Plaintiffs claim undue hardship resulting from the order to appear in Colorado though they live in Minnesota; however, Plaintiffs initiated this lawsuit in Colorado and must now participate in its prosecution. Plaintiffs' non-compliance with the judicial process by failing to comply with the Court's explicit order flouts the Court's authority, and if neither Plaintiff is available to prosecute their case, Defendants (and the Court) await in limbo for the fair and just conclusion of Plaintiffs' claims. Thus, the Court concludes that Defendants should have their fees and costs reimbursed by Plaintiffs. This award is appropriate as a consequence for Plaintiffs' non-compliance with the Court's order and as a sanction for Plaintiffs' failure to prosecute their lawsuit.

Accordingly, the Court **GRANTS** Defendants' motion. Plaintiffs are hereby obligated to pay Defendants the total amount of $3,752.32 as compensation for Defendants' fees and costs incurred by their appearance at the January 7, 2011 Status and Settlement Conference. The Court **stays** Plaintiffs' obligation to pay this amount until the conclusion of this lawsuit.

Furthermore, the Court hereby **lifts the stay** imposed on January 19, 2011. The deadlines memorialized in the Scheduling Order entered December 21, 2010, presently govern this matter. (*See* docket #21.)

```
```

Dated and entered at Denver, Colorado, this 25th day of March, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

Dated and entered at Denver, Colorado, this 25th day of March, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge