IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   10-cv-02253-WYD-MEH | Date:   May 23, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| JERAMIAH CHRISTOPHER RAPER and ANGELA RAPER, | Jimmy Vigil |
| Plaintiffs, | |
| vs. | |
| J-M MANUFACTURING COMPANY, INC., and PW EAGLE INC., | Andrew Unthank Mark Clouatre |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTIONS HEARING**

**Court in session:**     10:34 a.m.

Court calls case.  Appearances of counsel.  Plaintiffs Jeramiah and Angela Raper are present by telephone.

Argument and discussion regarding Defendants' Motion to Compel or for Sanctions for Failing to Respond to Interrogatories and Requests for Production of Documents (Doc. #47, filed 5/11/11).

Plaintiffs state that Angela Raper does not wish to be a party to this lawsuit.  Mr. Vigil states that he will file a motion to dismiss Plaintiff Angela Raper with prejudice.

10:55 a.m.     Off the record to discuss settlement possibilities.
11:07 a.m.     On the record.

Further discussion and argument regarding Defendants' Motion to Compel or for Sanctions for Failing to Respond to Interrogatories and Requests for Production of Documents (Doc. #47, filed 5/11/11).

11:44 a.m.     Off the record to further discuss settlement possibilities.
11:52 a.m.     On the record.

**ORDERED:**  1.  A Telephonic Status Conference is set for **May 25, 2011, at 9:00 a.m.** Denver time to further discuss settlement possibilities. Plaintiff and his case manager shall appear by telephone at that hearing and are instructed to call (303)844-4507 at the time of the hearing in order to participate. The parties will discuss the status of settlement negotiations at that time.

2. Defendants' Motion to Compel or for Sanctions for Failing to Respond to Interrogatories and Requests for Production of Documents (Doc. #47, filed 5/11/11) is GRANTED in part and DENIED in part as stated on the record.

3. The Court takes the Unopposed Motion for Permission to Withdraw Appearance and Representation filed by William Muhr and Jimmy Vigil (Doc. #45, filed 5/10/11) under advisement.

**Court in recess:**     **11:53 a.m.  (Hearing concluded)**
**Total time in court:**  0:59