IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**   10-cv-02253-WYD-MEH | **FTR – Courtroom A501** |
| **Date:**   May 25, 2011 | Cathy Coomes, Courtroom Deputy |
| | |
| JERAMIAH CHRISTOPHER RAPER and ANGELA RAPER, | Jimmy Vigil |
| Plaintiffs, | |
| v. | |
| J-M MANUFACTURING COMPANY, INC., and PW EAGLE INC., | Andrew Unthank |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS/SETTLEMENT CONFERENCE**

**Court in session:**     9:09 a.m.

The Court calls case.  Appearances of counsel.  Plaintiff Jeramiah Raper is present by telephone.

Discussion regarding the Unopposed Motion for Permission to Withdraw Appearance and Representation filed by William Muhr and Jimmy Vigil (Doc. #45, filed 5/10/11).

**ORDERED:**  The Unopposed Motion for Permission to Withdraw Appearance and Representation filed by William Muhr and Jimmy Vigil (Doc. #45, filed 5/10/11) is GRANTED.  Mr. Murh and Mr. Vigil are relieved of any obligations in this case.

Discussion regarding the motion to dismiss Angela Raper, which was to be filed by Mr. Vigil. Mr. Unthank is directed to file the motion as an unopposed motion to dismiss Angela Raper.

9:11 a.m.     Mr. Vigil is excused from the courtroom.

Discussion regarding settlement negotiations.

9:14 a.m.     **ORDERED:**  This portion of the record is sealed.

Mr. Unthank is excused from the courtroom to allow the Court to discuss settlement with Plaintiff.

9:16 a.m.        Mr. Unthank is present.

The Court states the terms of the settlement agreement on the record and questions the parties as to their understanding and agreement with the terms stated.

**ORDERED:**   A stipulated motion to dismiss with prejudice shall be filed by the parties on or before **May 27, 2011.**

**Court in recess:**      9:25 a.m.        (Hearing concluded)
Total time in court:    0:16