IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02253-WYD-MEH

JERAMIAH CHRISTOPHER RAPER and
ANGELA RAPER,

    Plaintiffs,

v.

J-M MANUFACTURING COMPANY, INC.;
PW EAGLE INC., d/b/a JM EAGLE; and
JOHN DOES 1-2, whose true names and identities are unknown,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Joint Motion to Dismiss with Prejudice, which seeks to dismiss the claims of Jeremiah Raper, and the Unopposed Motion to Dismiss With Prejudice Claims Brought by Angela Raper.  After a careful review of the motions and the file, it is

ORDERED that the Joint Motion to Dismiss with Prejudice regarding the claims of Jeremiah Draper (ECF No. 57) and the Unopposed Motion to Dismiss with Prejudice Claims Brought by Angela Draper (ECF No. 59) are **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**.

Dated:  May 31, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge